IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAYAL AZIZ AHMED AL-MITHALI, <br><br> ALI AZIZ AHMED AL-MITHALI, <br><br> *Petitioners*, <br><br> v. <br><br> GEORGE W. BUSH, *et al.*, <br><br> *Respondents*. | Civil Action No. 1:05CV02186 (ESH) |

**MOTION OF ELLEN A. HOCHBERG FOR
ADMISSION *PRO HAC VICE***

Pursuant to Rule 83.2(d) of the Local Rules of this Court, Ellen A. Hochberg, by undersigned sponsoring counsel, moves the Court for permission to appear *pro hac vice* in the above-captioned case. In support of the motion, Ms. Hochberg provides her declaration, attached as Exhibit A.

Dated: November 10, 2005.

>Respectfully submitted,
>
>Counsel for Petitioner Al-Mithali:
>
>/s/ Jennifer C. Argabright
>Jennifer C. Argabright (Bar No. 480763)
>John B. Missing (Bar No. 425469)
>DEBEVOISE & PLIMPTON LLP
>555 13th Street, N.W.
>Washington, D.C. 20004-1169
>Tel: (202) 383 8000
>Fax: (202) 383 8118

40083931v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAYAL AZIZ AHMED AL-MITHALI, <br><br> ALI AZIZ AHMED AL-MITHALI, <br><br> *Petitioners*, <br><br> v. <br><br> GEORGE W. BUSH, *et al.*, <br><br> *Respondents*. | ) ) ) ) ) ) ) Civil Action No. 1:05CV02186 (ESH) ) ) ) ) ) ) ) ) ) |

# EXHIBIT A

MOTION OF ELLEN A. HOCHBERG FOR
<u>ADMISSION *PRO HAC VICE*</u>

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HAYAL AZIZ AHMED AL-MITHALI,           )
                                       )
ALI AZIZ AHMED AL-MITHALI,             )
                                       )   Civil Action No. 05-CV-02186 (ESH)
Petitioners,                           )
                                       )
v.                                     )
                                       )
GEORGE W. BUSH, et al.,                )
                                       )
Respondents.                           )

### DECLARATION OF ELLEN A. HOCHBERG

I, ELLEN A. HOCHBERG ("Applicant"), declare as follows:

1. <u>Request for Admission</u>: I am an associate in the law firm Debevoise & Plimpton LLP, and I hereby request permission to participate in this action as counsel without compensation for Petitioners Hayal Aziz Ahmed Al-Mithali and Ali Aziz Ahmed Al-Mithali.

2. <u>Name and Address of Applicant's Law Firm</u>:
   Debevoise & Plimpton LLP
   919 Third Avenue
   New York, NY 10022
   Tel: 212-909-6000
   Fax: 212-909-6836

3. <u>Bar Admission(s)</u>: I am a member of the Bar of the State of New York (EH 9843).

4.  <u>Certification of Good Standing</u>: I certify that I have not been disbarred, censured, or disciplined by any court of record or state bar association. There are no pending disciplinary proceedings against me.

5.  <u>Previous Appearances in this Court</u>: I have not been admitted *pro hac vice* in this Court within the last two years.

6.  <u>Residence Outside District</u>: I reside and practice law from an office outside this district, am not a member of the District of Columbia Bar, and do not have an application for membership pending.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATED this 8th day of November 2005.

_____
Ellen A. Hochberg

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAYAL AZIZ AHMED AL-MITHALI, <br><br>ALI AZIZ AHMED AL-MITHALI, <br><br>*Petitioners,* <br><br>v. <br><br>GEORGE W. BUSH, *et al.,* <br><br>*Respondents.* | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05-CV-02186 (ESH) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

[PROPOSED] ORDER

UPON CONSIDERATION of the Motion of Ellen A. Hochberg made pursuant to Rule 83.2(d) of the Local Rules of this Court and the supporting declaration,

IT IS, this is _____ day of November, 2005, ORDERED that the motion be and hereby is GRANTED.

_____
The Honorable Ellen S. Huvelle
United States District Judge

## CERTIFICATE OF SERVICE

I, Jennifer C. Argabright, certify that I today caused a true and accurate copy of this Motion of Ellen A. Hochberg for Admission *Pro Hac Vice* to be served upon the following persons, by first-class United States mail, in addition to the service that automatically occurs by virtue of my electronic filing of this document:

    The Honorable Alberto Gonzales
    United States Attorney General
    United States Department of Justice
    950 Pennsylvania Avenue, N.W.
    Washington, D.C. 20530-0001

    The Honorable Kenneth L. Wainstein
    United States Attorney for the District of Columbia
    555 4th Street, N.W.
    Washington, D.C. 20530

    Preeya M. Noronha, Esq.
    U.S. Department of Justice
    20 Massachusetts Ave., NW,
    Room 7226
    Washington, DC 20530

This 10th day of November, 2005.

                                              /s/ Jennifer C. Argabright
                                              Jennifer C. Argabright