IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HAYAL AHMED AZIZ AL-MITHALI,

ALI AZIZ AHMED AL-MITHALI,
    as Next Friend of Hayal Ahmed
    Aziz Al-Mithali,

*Petitioners*,

v.

GEORGE W. BUSH, et al.,

*Respondents*.

Civil Action No. 05-cv-2186 (ESH)

## CONSENT MOTION FOR ENTRY OF PROTECTIVE ORDER

Petitioner Hayal Ahmed Aziz Al-Mithali ("Petitioner Al-Mithali") by and through his next friend Ali Aziz Ahmed Al-Mithali ("Next Friend Al-Mithali") (collectively "Petitioners"), respectfully move for entry of 1) the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantánamo Bay, Cuba, first issued on November 8, 2004, (344 F. Supp. 2d 174 (D.D.C. 2004)); 2) the Order Addressing Designation Procedures for "Protected Information," first issued on November 10, 2004; and 3) the Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, first issued on December 13, 2004, all in the *In re Guantánamo Bay Detainee Cases* by then-Coordinating Judge Joyce Hens Green (collectively, "the Protective Order"). *See* Exhibits 1-3. Entry of the Protective Order would afford counsel to Petitioners the opportunities provided counsel in other pending Guantánamo Bay detainee cases, including the opportunity to send mail to Petitioner Al-Mithali by way of the legal mail procedures outlined in the Protective

Order and to visit Petitioner Al-Mithali at Guantánamo Bay, upon compliance with the terms of the Protective Order.

Pursuant to Local Civil Rule 7(m), undersigned counsel for Petitioners conferred with Respondents' counsel regarding the relief sought in this motion. Respondents' counsel does not oppose the motion. A proposed Order, which all parties agree should be entered at this time, is attached as Exhibit 4. Counsel for the Respondents and Petitioners represent, however, that their lack of objection to entry of this proposed Order is without prejudice to the parties' respective rights to challenge or seek modification of any particular terms of the Protective Order in the future. Petitioners also reserve the right to ask this Court to review any particular designation by Respondents of information as "protected."

Dated:  November 10, 2005

                                      Respectfully submitted,

                                      Counsel for Petitioners

                                        /s/   John B. Missing  
John B. Missing (Bar No. 425469)  
Jennifer C. Argabright (Bar. No. 480763)  
DEBEVOISE & PLIMPTON LLP  
555 13th Street, N.W. Ste 1100E  
Washington, D.C. 20004-1169  
Tel:  (202) 383 8000  
Fax:  (202) 383 8118  

Jeffrey I. Lang  
Jennifer R. Cowan  
Ellen A. Hochberg  
Tatia L. Miller  
DEBEVOISE & PLIMPTON LLP  
919 Third Avenue  
New York, NY 10022  
Tel:  (212) 909-6000  
Fax:  (212) 909-6386  

*Of Counsel*  
Barbara Olshansky  
Gitanjali Gutierrez  
CENTER FOR CONSTITUTIONAL RIGHTS  
666 Broadway, 7th Floor  
New York, New York 10012  
Tel: (212) 614-6439  
Fax: (212) 614-6499