IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HAYAL AHMED AZIZ AL-MITHALI,<br><br>ALI AZIZ AHMED AL-MITHALI,<br>    as Next Friend of Hayal Ahmed<br>    Aziz Al-Mithali,<br><br>*Petitioners,*<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br><br>*Respondents.* | Civil Action No. 05-cv-2186 (ESH) |

## [PROPOSED] ORDER

Upon consideration of the Consent Motion for Entry of the Protective Order, it is:

ORDERED that the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, first issued on November 8, 2004, (344 F. Supp. 2d 174 (D.D.C. 2004)); the Order Addressing Designation Procedures for "Protected Information," first issued on November 10, 2004; and the Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, first issued on December 13, 2004, all in the *In re Guantanamo Bay Detainee Cases* shall be entered in this case.

DATED:_____           _____
                                     ELLEN S. HUVELLE
                                     United States District Judge