UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
----------------------------------------------------------------- x
HAYAL AZIZ AHMED AL-MITHALI,                  :
    Detainee, Guantánamo Bay Naval Station
    Guantánamo Bay, Cuba,                        :

ALI AZIZ AHMED AL-MITHALI,                    :
    as Next Friend of Abdu Al-Qader Hussain
    Al-Mudafari,                              :  Civil Action No. 05-CV-02186
                                                                                                  (ESH)
                              *Petitioners*,          :

v.                                             :

GEORGE W. BUSH, *et al.*,                     :

                              *Respondents*.         :
----------------------------------------------------------------- x

## MOTION FOR THE IMMEDIATE ISSUANCE OF A WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2243 OR, ALTERNATIVELY, TO ISSUE AN ORDER TO SHOW CAUSE

Petitioner Hayal Aziz Ahmed Al-Mithali ("Petitioner Al-Mithali"), by and through his next friend Ali Aziz Ahmed Al-Mithali ("Next Friend Al-Mithali") (collectively "Petitioners"), respectfully submit this motion requesting the Court, pursuant to 28 U.S.C. § 2243, to issue forthwith (1) a writ of habeas corpus, compelling Respondents to either (a) release Petitioner Al-Mithali or (b) to establish in this Court a lawful basis for Petitioner Al-Mithali's detention; or alternatively, (2) an order directing Respondents to show cause why a writ of habeas corpus should not be granted. The writ, or order to show cause, pursuant to 28 U.S.C. § 2243, shall be returned within three days unless for good cause additional time, not exceeding twenty days, is allowed. The grounds for this motion are contained in the accompanying memorandum of law.

22067554v1

Dated: November 10, 2005.

Respectfully submitted,

/s/ John B. Missing
John B. Missing (Bar No. 425469)
Jennifer C. Argabright (Bar No. 480763)
DEBEVOISE & PLIMPTON LLP
555 13th Street, N.W.
Washington, D.C. 20004-1169
Tel: (202) 383 8000
Fax: (202) 383 8118


Jeffrey I. Lang
Jennifer R. Cowan
Ellen A. Hochberg
Tatia L. Miller
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Tel: (212) 909-6000
Fax: (212) 909-6836


*Of Counsel*
Barbara Olshansky
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499

Counsel for Petitioners

22067554v1