UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

------------------------------------------------------------------- x

HAYAL AZIZ AHMED AL-MITHALI, :
    Detainee, Guantánamo Bay Naval Station
    Guantánamo Bay, Cuba, :

ALI AZIZ AHMED AL-MITHALI, :
    as Next Friend of Ali Aziz Ahmed Al-Mithali,
                                      : Civil Action No. 05-CV-02186
                       *Petitioners*, (ESH)
                                       :

v. :

GEORGE W. BUSH, *et al.*, :

                       *Respondents.*
                                       :
------------------------------------------------------------------- x

## NOTICE OF AMENDED CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that Petitioners Hayal Aziz Ahmed Al-Mithali and Ali Aziz Ahmed Al-Mithali hereby file an Amended Certificate of Service with respect to Petitioners' Motion for the Immediate Issuance of a Writ of Habeas Corpus Pursuant to 28 U.S.C. §2243 or, Alternatively, for an Order to Show Cause; and Petitioners' Consent Motion for Entry of Protective Order.  The original Certificates of Service erroneously described the method and date of service of non-electronic versions of the above-described motions, and the amended certificate of service merely corrects the error by accurately describing the method and date of service, in addition to service via electronic filing.

The Amended Certificate of Service is attached as Exhibit A to this Notice.

22072173v1

Dated: November 17, 2005.

    Respectfully submitted,

    /s/ Jennifer C. Argabright
    Jennifer C. Argabright (Bar No. 480763)
    John B. Missing (Bar No. 425469)
    DEBEVOISE & PLIMPTON LLP
    555 13th Street, N.W.
    Washington, D.C. 20004-1169
    Tel: (202) 383 8000
    Fax: (202) 383 8118

    Jeffrey I. Lang
    Jennifer R. Cowan
    Ellen A. Hochberg
    Tatia L. Miller
    DEBEVOISE & PLIMPTON LLP
    919 Third Avenue
    New York, NY 10022
    Tel: (212) 909-6000
    Fax: (212) 909-6836

    *Of Counsel*
    Barbara Olshansky
    CENTER FOR CONSTITUTIONAL RIGHTS
    666 Broadway, 7th Floor
    New York, New York 10012
    Tel: (212) 614-6439
    Fax: (212) 614-6499

    Counsel for Petitioners