UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **HAYAL AZIZ AHMED AL-MITHALI,** : <br>     Detainee, Guantánamo Bay Naval Station <br>     Guantánamo Bay, Cuba, : <br> <br> **ALI AZIZ AHMED AL-MITHALI,** : <br>     as Next Friend of Hayal Aziz Ahmed Al-Mithali, : <br> <br> *Petitioners*, : <br> <br> v. : <br> <br> **GEORGE W. BUSH,** *et al*., : <br> <br> *Respondents.* : | **Civil Action No. 05-CV-02186 (ESH)** |

# [PROPOSED] ORDER ENJOINING TRANSFER

The Court, having considered Petitioner's Motion For A Temporary Restraining Order And Preliminary Injunction Requiring Respondents To Refrain From Removing Petitioner Al-Mithali From Guantánamo Or, In The Alternative, Requiring Respondents To Provide Counsel For Petitioner Al-Mithali And The Court With At Least Thirty Days' Notice Of Any Intended Removal Of Petitioner From Guantánamo;  and

HAVING FOUND THAT Petitioner Al-Mithali will suffer irreparable harm in the absence of immediate action by the Court, and that Petitioner Al-Mithali's Petition for Issuance of a Writ of Habeas Corpus raises substantial issues; and that the public interest weighs in favor of an order, and that Respondents will not suffer unfair prejudice or harm;

IT IS HEREBY ORDERED that the Motion is granted; and

IT IS HEREBY FURTHER ORDERED that Respondents, their agents, servants, employees, confederates, and any persons acting in concert or participation with them, or having knowledge of this Order by personal service or otherwise, are preliminarily enjoined from removing Petitioner Al-Mithali from Guantánamo Bay Naval Base ("Guantánamo"), other than

2

to transfer him to another facility within the United States or to release him within the United States, pending final judgment on the Petition for Issuance of a Writ of Habeas Corpus.

_____
ELLEN S. HUVELLE
Dated: _____   United States District Judge

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **HAYAL AZIZ AHMED AL-MITHALI,**       :<br>    Detainee, Guantánamo Bay Naval Station<br>    Guantánamo Bay, Cuba,       :<br><br>**ALI AZIZ AHMED AL-MITHALI,**       :<br>    as Next Friend of Hayal Aziz Ahmed Al-Mithali,       :<br><br>                   *Petitioners*,    :<br><br>v.                                 :<br><br>**GEORGE W. BUSH**, *et al*.,               :<br><br>                   *Respondents.*   : | **Civil Action No. 05-CV-02186 (ESH)** |

### [ALTERNATIVE PROPOSED] ORDER
### REQUIRING NOTICE PRIOR TO TRANSFER

   The Court, having considered Petitioner's Motion For A Temporary Restraining Order And Preliminary Injunction Requiring Respondents To Refrain From Removing Petitioner Al-Mithali From Guantánamo Or, In The Alternative, Requiring Respondents To Provide Counsel For Petitioner Al-Mithali And The Court With At Least Thirty Days' Notice Of Any Intended Removal Of Petitioner From Guantánamo;  and

   HAVING FOUND THAT Petitioner Al-Mithali will suffer irreparable harm in the absence of immediate action by the Court, and that Petitioner Al-Mithali's Petition for Issuance of a Writ of Habeas Corpus raises substantial issues; and that the public interest weighs in favor of an order, and that Respondents will not suffer unfair prejudice or harm;

   IT IS HEREBY ORDERED that the Motion is granted; and

   IT IS HEREBY FURTHER ORDERED that Respondents, their agents, servants, employees, confederates, and any persons acting in concert or participation with them, or having knowledge of this Order by personal service or otherwise, are required to provide Petitioner's counsel with thirty days' advance notice of any specific plan to remove Petitioner Al-Mithali

from Guantánamo Bay Naval Base ("Guantánamo"), other than to transfer him to another facility within the United States or to release him within the United States, pending final judgment on the Petition for Issuance of a Writ of Habeas Corpus.

_____
ELLEN S. HUVELLE
Dated: _____  United States District Judge