UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
------------------------------------------------------------------ x
HAYAL AZIZ AHMED AL-MITHALI,                    :
    Detainee, Guantánamo Bay Naval Station
    Guantánamo Bay, Cuba,                       :

ALI AZIZ AHMED AL-MITHALI,                      :
    as Next Friend of Hayal Aziz Ahmed
    Al-Mithali,                                 :
                                                       Civil Action No. 05-CV-02186
                             *Petitioners*,            : (ESH)

v.                                              :

GEORGE W. BUSH, *et al.*,                       :

                             *Respondents.*           :
------------------------------------------------------------------ x

## MOTION OF JEFFREY I. LANG FOR
## ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.2(d) of the Local Rules of this Court, Jeffrey I. Lang, by undersigned sponsoring counsel, moves the Court for permission to appear *pro hac vice* in the above-captioned case. In support of the motion, Mr. Lang provides his declaration, attached as Exhibit A.

    Dated: November 29, 2005.

                                              Respectfully submitted,

                                              Counsel for Petitioners:

                                              /s/ Jennifer C. Argabright
                                              Jennifer C. Argabright (Bar No. 480763)
                                              John B. Missing (Bar No. 425469)
                                              DEBEVOISE & PLIMPTON LLP
                                              555 13th Street, N.W.
                                              Washington, D.C. 20004-1169
                                              Tel:  (202) 383 8000
                                              Fax:  (202) 383 8118

22068896v1

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
------------------------------------------------------------------------ x

HAYAL AZIZ AHMED AL-MITHALI, :
    Detainee, Guantánamo Bay Naval Station
    Guantánamo Bay, Cuba, :

ALI AZIZ AHMED AL-MITHALI, :
    as Next Friend of Hayal Aziz Ahmed
    Al-Mithali, :
                                                    Civil Action No. 05-CV-02186
                            *Petitioners*, : (ESH)

v. :

GEORGE W. BUSH, *et al.*, :

                            *Respondents.* :
------------------------------------------------------------------------ x

# EXHIBIT A

MOTION OF JEFFREY I. LANG FOR
<u>ADMISSION *PRO HAC VICE*</u>

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
------------------------------------------------------------------- x
HAYAL AZIZ AHMED AL-MITHALI,                                        :
    Detainee, Guantánamo Bay Naval Station
    Guantánamo Bay, Cuba,                        :

ALI AZIZ AHMED AL-MITHALI,                                          :
    as Next Friend of Hayal Aziz Ahmed
    Al-Mithali,                                  :
                                                                                          Civil Action No. 05-CV-02186
                                                                *Petitioners*,                     :   (ESH)

v.                                                                  :

GEORGE W. BUSH, *et al.*,                                           :

                                                           *Respondents.*                     :
------------------------------------------------------------------- x

## DECLARATION OF JEFFREY I. LANG

I, JEFFREY I. LANG ("Applicant"), declare as follows:

1.    <u>Request for Admission</u>: Applicant is counsel in the law firm Debevoise & Plimpton LLP and requests permission to participate in this action as counsel for Petitioners Hayal Aziz Ahmed Al-Mithali and Ali Aziz Ahmed Al-Mithali.

2.    <u>Name and Address of Applicant's Law Firm</u>:
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
Tel: 212-909-6000
Fax: 212-909-6836

3.    <u>Bar Admission(s)</u>: Applicant is a member of the Bar of the State of New York and is also registered to practice before the United States Court of Appeals for the

Seventh Circuit, United States District Court for the Southern District of New York and the United States Tax Court.

4. <u>Certification of Good Standing</u>: Applicant certifies that he has not been disbarred, censured, or disciplined by any court of record or state bar association. There are no pending disciplinary proceedings against Applicant.

5. <u>Previous Appearances in this Court</u>: Applicant has not been admitted *pro hac vice* in this Court within the last two years. However, Applicant is counsel to two other detainees at Guantanamo Bay in habeas proceedings before this Court, and has *pro hac vice* motions pending in those actions.

6. <u>Residence Outside District</u>: Applicant resides and practices law from an office outside this district, is not a member of the District of Columbia Bar, and does not have an application for membership pending.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATED this 14th day of November 2005.

_____
Jeffrey I. Lang

22068896v1

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
------------------------------------------------------------------- x
**HAYAL AZIZ AHMED AL-MITHALI,** :
    Detainee, Guantánamo Bay Naval Station
    Guantánamo Bay, Cuba, :

**ALI AZIZ AHMED AL-MITHALI,** :
    as Next Friend of Hayal Aziz Ahmed
    Al-Mithali, :

                                    **Civil Action No. 05-CV-02186**
                 *Petitioners,*     :  **(ESH)**

v. :

**GEORGE W. BUSH,** *et al.,* :

                 *Respondents.* :
------------------------------------------------------------------- x

## [PROPOSED] ORDER

UPON CONSIDERATION of the Certificate of Jeffrey I. Lang made pursuant to Rule 83.2(g) of the Local Rules of this Court and the supporting declaration,

IT IS, this is _____ day of November, 2005, ORDERED that the appearance be and hereby is GRANTED.

                                          _____
                                          The Honorable James Robertson
                                          United States District Judge

22068896v1

## CERTIFICATE OF SERVICE

I, Jennifer C. Argabright, certify that I today caused a true and accurate copy of this Motion of Jeffrey I. Lang for Admission *Pro Hac Vice* to be served upon the following persons, by first-class United States mail, in addition to the service that automatically occurs by virtue of my electronic filing of this document:

>The Honorable Alberto Gonzales
>United States Attorney General
>United States Department of Justice
>950 Pennsylvania Avenue, N.W.
>Washington, D.C. 20530-0001
>
>The Honorable Kenneth L. Wainstein
>United States Attorney for the District of Columbia
>555 4th Street, N.W.
>Washington, D.C. 20530
>
>Preeya M. Noronha, Esq.
>U.S. Department of Justice
>20 Massachusetts Ave., NW,
>Room 7226
>Washington, DC 20530

This 29th day of November, 2005.

>/s/ Jennifer C. Argabright
>Jennifer C. Argabright

22068896v1