UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**HAYAL AHMED AZIZ AL-MITHALI,**    )
*et al.*,                           )
                                    )
      Petitioners,            )
    v.                              )   Civil Action No. 05-2186 (ESH)
                                    )
**GEORGE W. BUSH,** *et al.*,       )
                                    )
      Respondents.            )
_____ )

## ORDER

Before the Court are respondents' Motion to Stay Proceedings Pending Related Appeals, petitioners' Consent Motion for Entry of Protective Order, petitioners' Motion for the Immediate Issuance of a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2243 or, Alternatively, to Issue and Order to Show Cause, and petitioners' Motion for Temporary Restraining Order and Preliminary Injunction Enjoining Transfer of Petitioner or Alternatively, Requiring Thirty Days' Notice of Intent to Transfer Petitioner.

Upon consideration of the arguments of the parties, it is hereby

**ORDERED** that respondents' Motion to Stay [#6] is **GRANTED** and that the above-captioned case is **STAYED** pending resolution of all appeals in *Khalid v. Bush*, 355 F. Supp. 2d 311 (D.D.C. 2005), and *In re Guantanamo Detainee Cases*, 355 F. Supp. 2d 443 (D.D.C. 2005). This stay shall not, however, bar the filing or disposition of any motion for emergency relief.

It is **FURTHER ORDERED** that petitioners' Motion for the Immediate Issuance of a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2243 or, Alternatively, to Issue and Order to

Show Cause [#4] is **GRANTED IN PART** and accordingly, to ensure that the proceedings can continue in an orderly fashion in the event that the detainees prevail on appeal, respondents shall provide a factual return to the Court and to petitioners' counsel within ninety (90) days of the date of this Order.  Petitioners' motion is otherwise **DENIED IN PART**.

It is **FURTHER ORDERED** that petitioners' Motion for Temporary Restraining Order and Preliminary Injunction Enjoining Transfer of Petitioner or Alternatively, Requiring Thirty Days' Notice of Intent to Transfer Petitioner [#9] is **GRANTED IN PART** and accordingly, where respondents do not have an understanding with the receiving country that a transfer from Guantánamo Bay, Cuba is for purposes of release only,  respondents shall provide petitioners' counsel with thirty (30) days advance notice of the transfer, including the proposed destination and conditions of transfer.  *See Kurnaz v. Bush*, No. 05-cv-0392 (D.D.C. Apr. 12, 2005). Petitioners' motion is otherwise **DENIED IN PART**.

It is **FURTHER ORDERED** that the Court **ENTERS** by way of reference the November 8, 2004 Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantánamo Bay, Cuba, the November 10, 2004 Order Addressing Designation Procedures for "Protected Information," and the December 13, 2004 Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, each issued by Judge Joyce Hens Green in *In re Guantanamo Bay Detainee Cases*, No. 02-cv-0299, *et al*.

                                                                s/
                                            ELLEN SEGAL HUVELLE
                                            United States District Judge

Date:   December 20, 2005