IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------------------- x
**HAYAL AHMED AZIZ AL-MITHALI,**            :

**ALI AZIZ AHMED AL-MITHALI,**              :
   as Next Friend of Hayal Ahmed
   Aziz Al-Mithali,                       :
                                                      **Civil Action No. 05-cv-2186**
      *Petitioners*,                      :   **(ESH)**

v.                                          :

**GEORGE W. BUSH**, *et al.*,               :

      *Respondents.*                      :
---------------------------------------------------------------------- x

**MOTION FOR AN ORDER REQUIRING RESPONDENTS TO
PRESERVE ALL MATERIALS, DOCUMENTS AND INFORMATION
REGARDING OR RELATED TO PETITIONER AL-MITHALI**

For the reasons set forth in Petitioners' Statement Of Points And Authorities In Support Of Their Motion For An Order Requiring Respondents To Preserve All Material, Documents And Information Regarding Or Related To Petitioner Al-Mithali, Petitioner Hayal Ahmed Aziz Al-Mithali ("Petitioner Al-Mithali") respectfully requests that this Court enter an order requiring Respondents to preserve all material, documents and information regarding or related to Petitioner Idris, including, but not limited to, documents regarding or related to:

    (i)     Petitioner Al-Mithali's apprehension;
    (ii)    Petitioner Al-Mithali's detention;
    (iii)   Petitioner Al-Mithali's statements;
    (iv)   interrogations of Petitioner Al-Mithali;
    (v)    Petitioner Al-Mithali's medical and psychological health and any treatment received; and
    (vi)   Petitioner Al-Mithali's proceedings before the Combatant Status Review Tribunal or Annual Review Board and preparation for such proceedings.

Petitioners' requested relief will not unduly burden Respondents.

22098994v1

Pursuant to Local Civil Rule 7(m), counsel for Petitioner Al-Mithali conferred with counsel for Respondents regarding the relief sought in this motion. Respondents' counsel opposes the motion.

Dated: December 21, 2005.

                                      Respectfully submitted,

                                      Counsel for Petitioner

                                        /s/ John B. Missing\_\_\_\_
John B. Missing (Bar No. 425469)
Jennifer C. Argabright (Bar. No. 480763)
DEBEVOISE & PLIMPTON LLP
555 13th Street, N.W. Ste 1100E
Washington, D.C. 20004-1169
Tel: (202) 383 8000
Fax: (202) 383 8118

Jeffrey I. Lang (*pro hac vice*)
Jennifer R. Cowan (*pro hac vice* pending*)*
Ellen A. Hochberg (*pro hac vice)*
Tatia L. Miller
Philip Rohlik
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Tel: (212) 909-6000
Fax: (212) 909-6386

*Of Counsel*
Barbara Olshansky
Gitanjali Gutierrez
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499