# EXHIBIT A

PETITIONERS' STATEMENT OF POINTS AND
AUTHORITIES IN SUPPORT OF THEIR MOTION FOR
AN ORDER REQUIRING RESPONDENTS TO PRESERVE
ALL MATERALS, DOCUMENTS AND INFORMATION
REGARDING OR RELATED TO PETITIONER AL-MITHALI

ON BEHALF OF PETITIONERS,

## HAYAL AZIZ AHMED AL-MITHALI

AND NEXT FRIEND,

## ALI AZIZ AHMED AL-MITHALI

- Iraqi detainee abus

Page 1

b6 -1
b7C -1

## URGENT REPORT

DATE: JUNE 25, 2004

TO: THE DIRECTOR

CC: Deputy Director Bruce J. Gebhardt
EAD Cassandra Chandler
EAD John Pistole
AD Grant Ashley
AD Gary Bald
SC Arthur Cummings

b6 -1
b7C -1

UC
SSA
CT Watch
SIOC

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-04-2004 BY 61579 DNH/PLB/JAC 04-CV-2155

FROM: SACRAMENTO DIVISION

FOR FURTHER INFORMATION CONTACT: ASAC David A. Picard       b2 -1
(Main Office)

b2 -1
PREPARER OF URGENT REPORT: SSA                              b6 -1
                                                            b7C -1

b7A -1    PURPOSE: THE FOLLOWING INFORMATION PROVIDES INITIAL DETAILS FROM
b6 -3     AN INDIVIDUAL _____
b7C -3    _____ WHO OBSERVED SERIOUS PHYSICAL ABUSES OF CIVILIAN DETAINEES
b7D -1    IN _____ IRAQ DURING THE PERIOD OF _____ IT IS BEING
          FURNISHED TO THE DIRECTOR BASED UPON POTENTIAL SIGNIFICANT
          PUBLIC, MEDIA AND CONGRESSIONAL INTEREST WHICH MAY GENERATE CALLS
          TO THE DIRECTOR.

b7A -1    SUBJECT: PRELIMINARY STATEMENTS MADE BY _____
b6 -1,3   _____ TO SACRAMENTO SPECIAL AGENTS _____
b7C -1,3  AND _____
b7D -1

DESCRIPTION OF MATTER:

b7A -1
b6 -5
b7C -5

_____ was advised that the Sacramento Field Office was not aware of any such report.

DETAINEES-1609

1609
4910

Iraqi detainee abuses ▬▬▬ Page 2

b6 -1
b7C -1

## URGENT REPORT

b7A -1
b6 -3
b7C -3
b7D -1

▬▬▬▬▬ came into the Sacramento Field Office and provided the following:

[redacted]

observed numerous physical abuse incidents of Iraqi civilian detainees conducted in [redacted] Iraq. He described that such abuses included strangulation, beatings, placement of lit cigarettes into the detainees ear openings, and unauthorized interrogations. [redacted]

b7A -1
b6 -3,4
b7C -3,4
b7D -1

[redacted] was providing this information to the FBI based on his knowledge that [redacted] were engaged in a cover-up of these abuses. He stated these cover-up efforts included [redacted]

b7A -1
b6 -3,4
b7C -3,4
b7D -1

[redacted]

b7A -1
b6 -3,4
b7C -3,4
b7D -1

[redacted]

b7A -1
b6 -3,4,5
b7C -3,4,5
b7D -1

[redacted] advised that an individual did, in fact, make a complaint with Sacramento FBI Office concerning Iraqi prisoner abuse.

b7A -1
b6 -3,4,5
b7C -3,4,5
b7D -1

[redacted]

b7A -1
b6 -3
b7C -3
b7D -1

DETAINEES-1610

1610

4911

Iraqi detainee abuses

Page 3

b6 -1
b7C -1

**URGENT REPORT**

b7A -1
b6 -3
b7C -3
b7D -1

The Sacramento Division is continuing to interview [redacted] and will forward FBIHQ all details of his interview in future communications. Investigation in Sacramento is continuing.

b7A -1
b6 -3
b7C -3
b7D -1

DETAINEES-1611

1611

4912