IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HAYIL AZIZ AHMED<br>AL-MITHALI, *et al.*,<br>    Petitioners,<br>v.<br>GEORGE W. BUSH, *et al.*,<br>    Respondents. | Civil Action No. 05-cv-2186 (ESH) |

**MOTION ON CONSENT TO ENLARGE TIME FOR FILING AND SERVICE OF OPPOSITION TO RESPONDENTS' MOTION TO STAY PRODUCTION OF FACTUAL RETURN**

Petitioner respectfully submits this motion on consent for an order enlarging the time for Petitioner to file and serve his Opposition to Respondents' Motion to Stay Production of Factual Returns from Wednesday, February 22, 2006 to and including Friday, February 24, 2006.  Petitioner's counsel has conferred with Preeya Noronha, counsel to Respondents, and she has consented to said extension.  A proposed order is attached.

Respectfully submitted,

Dated:  February 22, 2006

/s/ Jeffrey I. Lang
Jeffrey I. Lang
Admitted *pro hac vice*

2

John B. Missing (Bar No. 425469)
DEBEVOISE & PLIMPTON LLP
555 13th Street, N.W. Ste 1100E
Washington, D.C. 20004-1169
Tel: (202) 383 8000
Fax: (202) 383 8118


Jeffrey I. Lang
Jennifer R. Cowan
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Tel: (212) 909-6000
Fax: 212-909-6836

*Of Counsel*
Barbara Olshansky
CENTER FOR CONSTITUTIONAL
RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499