IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAYAL AHMED AZIZ AL-MITHALI, et al., <br><br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, et al., <br><br> Respondents. | Civil Action No. 05-2186 (ESH) |

## NOTICE OF APPEAL

NOTICE is hereby given that respondents George W. Bush, President of the United States, Donald Rumsfeld, Secretary, United States Department of Defense, Army Brigadier General Jay Hood, Commander, Joint Task Force-GTMO, and Army Colonel Michael Bumgarner, Commander, Joint Detention Operations Group, (i.e., all respondents herein) hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the portion of the Court's Order filed December 20, 2005, (dkt. no. 22) that grants in part petitioners' motion for preliminary injunction and prohibits certain transfer of petitioner Al-Mithali from Guantanamo Bay, Cuba, unless thirty days advance notice is provided.

Dated: February 21, 2006         Respectfully submitted,

                                                     PETER D. KEISLER
                                                     Assistant Attorney General

                                                     DOUGLAS N. LETTER
                                                     Terrorism Litigation Counsel

*/s/ Marc A. Perez*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
EDWARD H. WHITE
ROBERT J. KATERBERG
ANDREW I. WARDEN
NICHOLAS J. PATTERSON
MARC A. PEREZ (WA Bar No. 33907)
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Tel: (202) 514-2000

Attorneys for Respondents

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of February, 2006, I caused the foregoing Notice of Appeal to be served via electronic mail on counsel for petitioners in this case as follows:

>Beth D. Jacob
>SCHIFF HARDIN LLP
>623 Fifth Avenue
>New York, NY 10022
>bjacob@schiffhardin.com
>
>Jennifer Caitlin Argabright
>John B. Missing
>Ellen A. Hochberg
>DEBEVOISE & PLIMPTON, LLP
>555 13th Street NW
>Suite 1100E
>Washington, DC 20004
>jcargabr@debevoise.com
>jmissing@debevoise.com
>ehochberg@debevoise.com
>
>Jeffrey I. Lang
>Jennifer R. Cowan
>DEBEVOISE & PLIMPTON, LLP
>919 Third Avenue
>New York, NY 10022
>jilang@debevoise.com
>jrcowan@debevoise.com

*Marc A. Perez*
MARC A. PEREZ
United States Department of Justice
Civil Division, Federal Programs Branch

One of the Attorneys for Respondents