IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HAYIL AZIZ AHMED AL-MITHALI, *et al.*, <br> Petitioners, <br> v. <br> GEORGE W. BUSH, *et al.*, <br> Respondents. | Civil Action No. 05-cv-2186 (ESH) |

### (PROPOSED) ORDER

Having considered Respondents' Motion to Stay Production of Factual Return, it is Hereby

**ORDERED** that Respondents' Motion is **DENIED**. Respondents remain obligated to produce the factual return on or before March 20, 2006, in compliance with the Court's Order of December 20, 2005.

**IT IS SO ORDERED**.

Dated: _____      _____
                                                                                  United States District Judge

TO:

John B. Missing (Bar No. 425469)
DEBEVOISE & PLIMPTON LLP
555 13th Street, N.W. Ste 1100E
Washington, D.C. 20004-1169
Tel:  (202) 383 8000
Fax:  (202) 383 8118
jbmissing@debevoise.com

Jeffrey I. Lang
Jennifer R. Cowan
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Tel:  (212) 909-6000
Fax:  212-909-6836


JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
ROBERT J. KATERBERG
NICHOLAS J. PATTERSON
ANDREW I. WARDEN
EDWARD H. WHITE
MARC A. PEREZ
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W. Room 7144
Washington, DC 20530
Tel: (202) 514-4107
Fax: (202) 616-8470
preeya.noronha@usdoj.gov