**Certificate of Service**

I hereby certify that a true and correct copy of the foregoing instrument has been served via the e-filing system on the following counsel of record for respondents:

Mr. Terry Henry
US DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW
Room 7144
Washington, DC 20529-0001

|  |  |
|---|---|
|  | /s/Jeffrey I. Lang |
| Dated: February 26, 2006 | Jeffrey I. Lang |

Certificate of Service.doc