# Exhibit 3

To The Petitioners' Opposition To Respondents' Motion For Procedures Related to Review of Certain Detainee Materials

On Behalf of Petitioner,

**HAYAL AZIZ AHMED AL-MITHALI**

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---

| | |
|---|---|
| HAYAL AZIZ AHMED AL-MITHALI,   Detainee, Guantánamo Bay Naval Station   Guantánamo Bay, Cuba, | : : : |
| ALI AZIZ AHMED AL-MITHALI,   as Next Friend of Hayal Aziz Ahmed   Al-Mithali, | : : : |
| *Petitioners*, | : Civil Action No. 05-CV-02186 : (ESH) |
| v. | : |
| GEORGE W. BUSH, *et al.*, | : |
| *Respondents*. | : |

---

**ORDER REGARDING RESPONDENTS' MOTION FOR PROCEDURES
RELATED TO REVIEW OF CERTAIN DETAINEE MATERIALS**

Respondents' Motion for Procedures Related to Review of Certain Detainee Materials is hereby DENIED. Respondents are hereby ordered to return all privileged materials to Petitioner Hayal Aziz Ahmed Al-Mithali and to cease interference with Petitioner's attorney-client communications, including delivery of Petitioner's legal mail.

**SO ORDERED.**

Dated:_____     _____
                          Ellen S. Huvelle
                          United States District Judge

22246482v1