## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **HAYAL AHMED AZIZ AL-MITHALI ALI AZIZ AHMED AL-MITHALI,** ) ) ) | |
| *Petitioners,* ) | **Civil Action No. 05-cv-2186 (ESH)** |
| **v.** ) ) | |
| **GEORGE W. BUSH, et al.,** ) ) | |
| *Respondents.* ) ) | |

## NOTICE OF FILING OF MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION

Please take notice that Petitioner, by and through his undersigned counsel, respectfully submits the attached Memorandum of Understanding Executed by Anupama Chaturvedi Connor.

  /s/ Jennifer R. Cowan
Admitted *pro hac vice*

Jennifer R. Cowan
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Tel: (212) 909-6000
Fax: (212) 909-6836

40091292v1