PREVIOUSLY FILED WITH CSO AND
CLEARED FOR PUBLIC FILING

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABDUL MATIN**, *et al.*, <br><br> *Petitioners*, <br><br> *v.* <br><br> **GEORGE W. BUSH**, *et al.*, <br><br> *Respondents*. | Civ. No. 06-CV-1679 (RMU) |
| **HAYAL AHMED AZIZ AL-MITHALI**, *et al.*, <br><br> *Petitioners*, <br><br> *v.* <br><br> **GEORGE W. BUSH**, *et al.*, <br><br> *Respondents*. | Civ. No. 05-CV-2186 (ESH) |

**NOTICE OF FILING AND LODGING**

In connection with the motion to dismiss filed by Respondents on April 19, 2006 in these and other habeas actions brought by Guantánamo detainees, Petitioners respectfully submit for the Court's information and consideration (1) a pending motion to the D.C. Circuit filed by the petitioners in *Al Odah v. United States* to stay the mandate in *Boumediene v. Bush*, 476 F.2d 981 (D.C. Cir. 2007) (Ex. A); (2) the *Al Odah* petitioners' pending motion to the D.C. Circuit to govern *Boumediene* (Ex. B); and (3) an emergency

22449805v2

application that the *Al Odah* petitioners have lodged with the Supreme Court (Ex. C) for filing if the D.C. Circuit denies the relief that the *Al Odah* petitioners have requested.

In due course, Petitioners will file an opposition to Respondents' motion to dismiss, based in part on the pendency of the *Al Odah* motions and possible Supreme Court application.

Respectfully submitted,

/s/ Jennifer Cowan
Jeffrey I. Lang
Jennifer R. Cowan
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Tel: (212) 909-6000
Fax: (212) 909-6836

John B. Missing (Bar No. 425469)
DEBEVOISE & PLIMPTON LLP
555 13th Street, N.W.
Washington, D.C. 20004-1169
Tel: (202) 383 8000
Fax: (202) 383 8118

Shayana Kadidal (Bar No. 454248)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6438
Fax: (212) 614-6499

Counsel for Petitioner

April 25, 2007

22449805v2