IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABDUL MATIN**, *et al.*, </br></br> *Petitioners*, </br></br> v. </br></br> **GEORGE W. BUSH**, *et al.*, </br></br> *Respondents*. | Civ. No. 06-CV-1679 (RMU) |
| **HAYAL AHMED AZIZ AL-MITHALI**, *et al.*, </br></br> *Petitioners*, </br></br> v. </br></br> **GEORGE W. BUSH**, *et al.*, </br></br> *Respondents*. | Civ. No. 05-CV-2186 (ESH) |

**NOTICE OF FILING OF OPPOSITION TO
RESPONDENTS' MOTION TO DISMISS**

As required by the Amended Protective Order in this matter, undersigned counsel for Petitioners Abdul Matin and Hayal Ahmed Aziz Al-Mithali hereby give notice that on May 3, 2007 a copy of Petitioners' Opposition to Respondents' Motion to Dismiss was submitted to the Court Security Officer for filing and review for public filing.

22458128v1

The Opposition will be filed via the Electronic Case Filing System when it has been cleared for public filing by the Court Security Office.

                                        Respectfully submitted,

                                        /s/ Jennifer Cowan
                                        Jeffrey I. Lang
Jennifer R. Cowan
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Tel: (212) 909-6000
Fax: (212) 909-6836

John B. Missing (Bar No. 425469)
DEBEVOISE & PLIMPTON LLP
555 13th Street, N.W.
Washington, D.C. 20004-1169
Tel: (202) 383 8000
Fax: (202) 383 8118

Shayana Kadidal (Bar No. 454248)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6438
Fax: (212) 614-6499

Counsel for Petitioner

May 3, 2007