## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| _____ ) | |
| **HAYAL AHMED AZIZ** ) | |
| **AL-MITHALI**, *et al.*, ) | |
| ) | |
| *Petitioners,* ) | |
| ) | Civ. No. 05-CV-2186 (ESH) |
| *v.* ) | |
| ) | |
| **GEORGE W. BUSH**, *et al.,* ) | |
| ) | |
| *Respondents.* ) | |
| ) | |
| _____) | |

### (PROPOSED) ORDER

The Court having considered Petitioner's Opposition to Respondents' Motion to Dismiss,

IT IS HEREBY ORDERED that Respondents' Motion to Dismiss the habeas action of Petitioner Hayal Ahmed Aziz Al-Mithali is DENIED; and it is further

ORDERED that this action shall be held in abeyance pending Petitioner's exhaustion of his remedies in the Court of Appeals under the Detainee Treatment Act of 2005, Pub. L. No. 109-148, 119 Stat. 2680.

SO ORDERED.

_____
ELLEN SEGAL HUVELLE
United States District Judge

Dated:_____

22457459v1