IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HAYAL AHMED AZIZ AL-MITHALI<br>ALI AZIZ AHMED AL-MITHALI,<br><br>*Petitioners*,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br><br>*Respondents*. | Civil Action No. 05-cv-2186 (ESH) |

### NOTICE OF FILING OF MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION

Please take notice that Petitioner, by and through his undersigned counsel, respectfully submits the attached Memorandum of Understanding executed by David S. Karp.

Dated: January 18, 2008

/s/ David S. Karp
David S. Karp (D.C. Bar No. 499712)

DEBEVOISE & PLIMPTON LLP
555 13th St. N.W., Suite 1100-E
Washington, D.C. 20004
Tel:   (202) 383-8138
Fax:   (202) 383-8118