IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HAYAL AHMED AZIZ AL-MITHALI<br>ALI AZIZ AHMED AL-MITHALI,<br><br>*Petitioners*,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br><br>*Respondents*. | Civil Action No. 05-cv-2186 (ESH) |

**NOTICE OF APPEARANCE**

Undersigned counsel, David S. Karp, hereby enters his appearance as one of the counsel for petitioner in the above-captioned case.

Dated: January 18, 2008

Respectfully submitted,

/s/ David S. Karp
David S. Karp (D.C. Bar No. 499712)

DEBEVOISE & PLIMPTON LLP
555 13th Street, N.W., Suite 1100-E
Washington, D.C. 20004
Tel.:   (202) 383-8138
Fax:   (202) 383-8118