UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY<br>DETAINEE LITIGATION | Misc. No. 08-442 (TFH)<br><br>Civil Action No. 05-2186 (ESH) |

**NOTICE OF JOINDER IN PETITIONERS' RESPONSE TO RESPONDENTS'
REQUEST FOR RELIEF FROM SCHEDULING ORDER**

Undersigned counsel notifies the Court and counsel for Respondents that Petitioners Hayal Aziz Ahmed Al-Mithali and Next Friend Ali Aziz Ahmed Al-Mithali join in Petitioners' Response to Respondents' Motion for Relief from Scheduling Order, the Notice of Filing of which was filed as document number 357 in the miscellaneous docket on September 8, 2008.

| | |
|---|---|
| September 9, 2008 | Respectfully submitted,<br><br>**DEBEVOISE & PLIMPTON LLP**<br><br>/s/  Jennifer R. Cowan<br>Jennifer R. Cowan<br>919 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 909-6000<br>Facsimile:  (212) 909-6836<br><br>John B. Missing<br>555 13th Street, N.W.<br>Washington, DC 20004<br>Telephone: (202) 383-8000<br>Facsimile:  (202) 383-8118<br><br>*Counsel for Petitioners Hayal Aziz Ahmed Al-Mithali and Next Friend Ali Aziz Ahmed Al-Mithali* |

22812039v1