UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAYAL AZIZ AHMED AL-MITHALI, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> BARACK OBAMA *et al.*, ) <br> ) <br> Defendants. ) | Civil Action No. 05-cv-2186 (ESH) |
| SAKI BACHA (aka MOHAMMED JAWAD), ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> BARACK OBAMA *et al.*, ) <br> ) <br> Defendants. ) | Civil Action No. 05-cv-2385 (ESH) <br> (ISN 900) |
| SABRY MOHAMMED, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> BARACK OBAMA *et al.*, ) <br> ) <br> Defendants. ) | Civil Action No. 05-cv-2385 (ESH) <br> (ISN 570) |
| MOHAMMED KAMEEN, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> BARACK OBAMA *et al.*, ) <br> ) <br> Defendants. ) | Civil Action No. 05-cv-2385 (ESH) <br> (ISN 1045) |

1

**ORDER**

To ensure that the Guantanamo Review Task Force operating pursuant to Executive Order No. 13,492 has not made any recommendations – and the Review Panel in connection with the same has made no decisions – that would render unnecessary or otherwise inefficient the further expenditure of judicial and party resources in this matter, it is hereby

**ORDERED** that on or before July 1, 2009, for each of the above-captioned cases, respondents shall file with the Court *ex parte* and under seal a report detailing the current status of the Guantanamo Review Task Force review process with respect to petitioner. The report shall inform the Court as to whether the Guantanamo Review Task Force has made any recommendations regarding the disposition of petitioner. If a recommendation regarding the disposition of petitioner has been made, the report shall also address whether the Review Panel has made any decisions in connection with the recommendation. If no recommendation has been made, the report shall provide an estimated timetable, based on the then-available information, for that recommendation. It is further

**ORDERED** that respondents shall be under an affirmative and ongoing obligation to immediately notify the Court of any changes to petitioner's status.

**SO ORDERED.**

_____/s/_____
ELLEN SEGAL HUVELLE
United States District Judge

Date:   June 24, 2009