UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| HAYAL AZIZ AHMED AL-MITHALI, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 05-cv-2186 (ESH) |
| BARACK H. OBAMA *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

Based on the hearing held on August 18, 2010, and for the reasons stated in court, it is hereby

**ORDERED** that the government shall file a motion to amend the Amended Statement of Material Facts in rebuttal to the Traverse on or before October 29, 2010; it is further

**ORDERED** that petitioner will inform the Court and Respondents on or before November 19, 2010, whether he intends to file an amended Traverse and/or seek additional discovery based on the government's October 29, 2010 filing and propose a schedule for the amended Traverse and/or discovery; it is further

**ORDERED** that on or before 12:00 p.m. on December 17, 2010, the parties will submit a joint proposal on the issues to be addressed at the merits hearing and the identification and scheduling of witnesses; it is further

**ORDERED** that a status conference is set for December 22, 2010, at 2:00 p.m.; and it is further

1

**ORDERED** that a hearing on the merits of the petition is set for January 25, 2011, at 9:30 a.m.

**SO ORDERED.**

/s/
ELLEN SEGAL HUVELLE
United States District Judge

DATE: August 18, 2010